# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                   Crim. No. 5:12-CR-89-1H

**GEORGE RODERICK WILLIAMS**

On December 9, 2016, the above named was released from prison, and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain              /s/ Timothy L. Gupton  
Michael C. Brittain                  Timothy L. Gupton  
Supervising U.S. Probation Officer     U.S. Probation Officer  
                                                310 New Bern Avenue, Room 610  
                                                Raleigh, NC 27601-1441  
                                                Phone: 919-861-8686  
                                                Executed On: November 14, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15th__ day of __November__, 2018.

                                                Malcolm J. Howard  
                                                Senior U.S. District Judge